UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSEPH A. BROWN,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendants.<br>_____/ | 1:12-cv-00165 GSA (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>and<br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY USP LOMPOC |

Plaintiff is a federal prisoner proceeding pro se pursuant to 403 U.S. 388 (1971) and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  USP Lompoc is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

   1. Plaintiff's application to proceed in forma pauperis is GRANTED;

1     **2. The Warden of USP Lompoc or his designee shall collect payments from**
2 **plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding**
3 **month's income credited to the prisoner's trust account and shall forward those payments to**
4 **the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with**
5 **28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**
6 **the Court. The payments shall be clearly identified by the name and number assigned to this**
7 **action.**

8     3. The Clerk of the Court is directed to serve a copy of this order and a copy of
9 plaintiff's in forma pauperis application on the Warden of the USP Lompoc.

10     4. The Clerk of the Court is directed to serve a copy of this order on the Financial
11 Department, U.S. District Court, Eastern District of California, Fresno Division.

12     5. Within thirty (60) days of the date of service of this order, plaintiff shall submit a
13 certified copy of his/her prison trust account statement for the six-month period immediately
14 preceding the filing of the complaint, if plaintiff has not already done so.

15     IT IS SO ORDERED.

16     Dated:   **March 29, 2012**         /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE