UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BROWN, | 1:12-cv-00165-AWI-GSA (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| UNITED STATES OF AMERICA, et al., | (ECF No. 17.) |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  On September 24, 2012, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 17.)  In light of the fact that Plaintiff's previously-filed application to proceed in forma pauperis was granted on March 30, 2012, Plaintiff's application of September 24, 2012, is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis, filed on September 24, 2012, is DENIED as moot.

IT IS SO ORDERED.

Dated: **October 4, 2012**     /s/ **Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE