UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | 1:12-cv-00165-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 45.)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br>(Docs. 23, 40.) |

　　　　Joseph A. Brown ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 20, 2013, findings and recommendations were entered, recommending that Plaintiff's motions for preliminary injunctive relief be denied.  (Doc. 45.)  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  Plaintiff has not filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 20, 2013, are ADOPTED IN FULL; and

2. Plaintiff's motions for preliminary injunctive relief, filed on August 9, 2013, and October 28, 2013 are DENIED.

IT IS SO ORDERED.

Dated:   January 10, 2014                                  _____
                                                                            SENIOR  DISTRICT  JUDGE

2